UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:13-CR-61 |
| ) | (VARLAN/SHIRLEY) |
| BRUCE OWEN DOWNSBROUGH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This criminal case is before the Court for consideration of the Report and Recommendation, entered by United States Magistrate Judge C. Clifford Shirley, Jr., on September 12, 2013 (the "R&R") [Doc. 26]. There have been no timely objections to the R&R and enough time has passed since the filing of the R&R to treat any objections as having been waived [*See* Doc. 27, 28]. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51. In the R&R, Magistrate Judge Shirley recommends that the defendant's motions to suppress his statements and evidence seized in the execution of a search warrant for his home be denied.

After a careful review of the R&R, the Court is in agreement with Magistrate Judge Shirley's recommendations, which the Court adopts and incorporates into its ruling. Thus, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 26] and hereby **DENIES** defendant's motions [Docs. 14, 16].

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE